UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY HASSAN,

          Plaintiff,

    - against -

SECRETARY OF DEFENSE ASHTON B. CARTER,
*U.S. Department of Defense*,

          Defendant.
------------------------------------------------------------------X

JUDGMENT
14-CV-6799 (RRM) (LB)

      A Memorandum and Order of the undersigned having been filed this day adopting a Report and Recommendation dismissing plaintiff's action and directing the Clerk of Court to enter judgment accordingly, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff's action is dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       January 8, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge